STATE of Missouri, Respondent,

v.

Clemente SURIANOT–RAMIREZ, Appellant.

No. WD 52962.

Missouri Court of Appeals, Western District.

April 1, 1997.

Renae Adamson, State Public Defender Office, Columbia, for appellant.

Jacqueline K. Hamra, Attorney General Office, Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., SPINDEN and HOWARD, JJ.

## ORDER

PER CURIAM.

Clemente Surianot–Ramirez appeals his convictions for two counts of assault in the second degree. We affirm. Rule 30.25(b).